IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-22-CV-224-DB |
| VERCY, LLC., a California Limited Liability Company and **NADER SEPEHR**,<br>    Defendants. | §<br>§<br>§<br>§<br>§ | |

## FINAL JUDGMENT

On October 11, 2022, Plaintiff Erik Salaiz filed a "[ ] Motion to Dismiss with Prejudice" ("Motion") requesting that the Court dismiss all claims in the above-captioned case with prejudice. ECF No. 5. Since the Defendants have not yet appeared in this case, the Court will construe the Motion as a Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **12th** day of **October 2022**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE